**483** ALDRICH vs. CIRCUIT JUDGE (Wayne), No. 15874; 3 D. L. N., 779; 69 N. W., 1108.

To vacate an order granting a writ of assistance in a foreclosure suit.

Denied February 2, 1897.

The granting of the writ was opposed by the solicitor for the mortgagor, who made an oral claim of possession under leases issued by the city upon tax sales.

Held, (1) that if the order entered is an improper one, appeal, and not mandamus, is the proper remedy; (2) that the objection raised should have been presented to the court in a more formal manner than by an oral claim.